IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EURAL DEBBS,

    Plaintiff,                           No. MISC S-06-0015 WBS KJM

    vs.

BROOKINS BOARD AND CARE, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        Plaintiff submitted a complaint on February 1, 2006 and a miscellaneous action was opened because plaintiff is subject to a vexatious litigant order issued in <u>Debbs v. Smith</u>, CIV S-01-2118 LKK JFM P. Upon review of the documents submitted by plaintiff, the court finds plaintiff has failed to comply with the requirements set forth in the vexatious litigant order. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to close this miscellaneous action.

DATED: April 21, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

06 debbs.vex

1